UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21MC102(AKH) |
| ENRIQUE GUAMAN, | 08CV2633(AKH) |
| Plaintiff(s), | **NOTICE OF APPEARANCE** |
| -against- | |
| 2 BROADWAY LLC, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **2 BROADWAY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         May 20, 2008

                        Yours etc.,

                        HARRIS BEACH PLLC
                        *Attorneys for Defendant*
                        **2 BROADWAY LLC**

                        _____/s/_____
                        Stanley Goos, Esq. (SG-7062)
                        100 Wall Street
                        New York, NY  10005
                        212 687-0100
                        212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on May 20, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1.     2 Broadway LLC Notice of Appearance

Dated: May 20, 2008

                                                                  /s/
                                          Stanley Goos, Esq. (SG 7062)