UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

---

ENRIQUE GUAMAN,

      Plaintiff,

-against-

2 BROADWAY LLC, 37 BENEFITS FUND TRUST, AMERICAN EXPRESS BANK, LTD, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., BFP TOWER C CO., LLC., BFP TOWER C MM LLC., BLACKMON-MOORING-STEAMATIC CATASTROPHE, INC. D/B/A BMS CAT, COLLIERS ABR INC, ELAINE ESPEUT, AS TRUSTEE UNDER DECLARATION OF TRUST, FGP 90 WEST STREET INC., FRANK MORELLI, AS TRUSTEE UNDER A DECLARATION OF TRUST, KIBEL COMPANIES, LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS, INC., LEHMAN COMMERCIAL PAPER, INC., TRAMMELL CROW COMPANY, TRAMMEL CROW CORPORATE SERVICES, INC., WFP RETAIL CO. G.P. CORP., and WFP RETAIL CO. L.P., ET AL,

      Defendants.

08-CV-2633 (AKH)

**FGP 90 WEST STREET, INC.'S NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

---

  PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3,

NEWY1\8243351.1

2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York.
       May 30, 2008

> By: ___s/ Keara M. Gordon___
> Keara M. Gordon (KMG 2323)
> Michael D. Hynes (MH 5086)
> DLA PIPER US LLP
> 1251 Avenue of the Americas
> New York, New York 10020-1104
> Phone: (212) 335-4500
> Facsimile: (212) 335-4501
>
> Robert J. Mathias (admitted *pro hac vice*)
> The Marbury Building
> 6225 Smith Avenue
> Baltimore, MD 21209-3600
> Phone: (410) 580-3000
> Fax: (410) 580-3001
>
> *Attorneys for Defendant*
> *FGP 90 West Street, Inc.*